IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT SCHUYLER HARRIS                                                   PLAINTIFF

v.                          Case No.: 08-5067

BENTON COUNTY SHERIFF'S OFFICE;
SHERIFF KEITH FERGUSON;
JAIL COMMANDER HUNTER PETRAY;
DEPUTY REYES                                                             DEFENDANTS

**O R D E R**

    Plaintiff's complaint was filed in this case on March 28, 2008.  Before the undersigned is the issue of whether the complaint should be served.  In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

    Accordingly, it is ordered that plaintiff, Robert Schuyler Harris, complete and sign the attached addendum to his complaint, and return the same to the court **by May 27, 2008.  Plaintiff is advised that should he fail to return the completed and executed addendum by May 27, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

    IT IS SO ORDERED this 25th day of April 2008.

                                                         */s/ J. Marschewski*
                                                         HON. JAMES R. MARSCHEWSKI
                                                         UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


ROBERT SCHUYLER HARRIS                                                        PLAINTIFF

v.                                    Case No.: 08-5067

BENTON COUNTY SHERIFF'S OFFICE;
SHERIFF KEITH FERGUSON;
JAIL COMMANDER HUNTER PETRAY;
DEPUTY REYES                                                                  DEFENDANTS

### ADDENDUM TO COMPLAINT

TO: Robert Schuyler Harris

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court by **May 27, 2008.** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

In your complaint, you allege excessive force was used against you in November of 2007.

1. Are you seeking to sue these Defendants in their: (please choose one)

      _____ individual capacities.

      _____ official capacities.

      _____ both individual and official capacities.

If you are suing the Defendants in their official capacities or both individual and official capacities, describe below the policy or procedure of Benton County that you believe deprived you of your constitutional rights.

_____

_____

_____

      2.  Describe below your claims against each Defendant:

Sheriff Ferguson:

_____

_____

_____

Jail Commander Petray:

_____

_____

_____

Deputy Reyes:

_____

_____

_____

      3.  The Benton County Sheriff's Office is an entity that is not capable of being sued pursuant to Section 1983.  Name below any individuals you would like to substitute for Defendant Benton County Sheriff's Office.

_____

_____

_____

_____

_____

   4. Describe below any and all injuries you received as a result of the excessive force you allege was used against you.

_____

_____

_____

_____

_____

   (A) Did you seek medical treatment for these injuries?

Answer: Yes____ No____

If no, why did you not seek treatment?

If yes, was treatment provided to you?  Describe the treatment you received.

_____

_____

_____

   5.  Are you also seeking to sue Deputy Freeman for the alleged excessive force that was used against you?

Answer: Yes___ No____

      6. In the space provided on the Complaint form for Defendants, you have listed Jermaine Lyons and Doyle Betts. However, these individuals appear, by your narrative, to be witnesses.

      Are Mr. Lyons and Mr. Betts witnesses or Defendants?

Answer:   Witnesses_____   Defendants_____

If they are Defendants, describe your claims against them below.

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                                          _____
                                                          ROBERT SCHUYLER HARRIS

                                                           _____
                                                           DATE