IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT SCHUYLER HARRIS                                                               PLAINTIFF

v.                                    Case No.: 08-5067

BENTON COUNTY SHERIFF'S OFFICE;
SHERIFF KEITH FERGUSON;
JAIL COMMANDER HUNTER PETRAY;
DEPUTY REYES                                                                         DEFENDANTS

**O R D E R**

As it appears this case may be resolved on motion for summary judgment, the Defendants are directed to file such a motion on or before September 15, 2008. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the Court.

IT IS SO ORDERED this 17th day of July 2008.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE