**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ROBERT SCHUYLER HARRIS**                                                                              **PLAINTIFF**

**v.**                              **Civil No. 08-5067**

**SHERIFF KEITH FERGUSON;**
**CAPT. HUNTER PETRAY;**
**DEPUTY REYES**                                                                                          **DEFENDANTS**

**O R D E R**

Now on this 17th day of July, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #27, filed June 19, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' Motion to Dismiss (Doc. #25) is **granted and this case is dismissed.**

**IT IS SO ORDERED.**

                                                                                **/s/Jimm Larry Hendren**
                                                                                **HON. JIMM LARRY HENDREN**
                                                                                **UNITED STATES DISTRICT JUDGE**